UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WALTER DUKES, JR.,<br><br>   Plaintiff,<br><br>v.<br><br>MARVIN RODRIGUEZ ARIAS, et al.,<br><br>   Defendants. | Case No. 2:23-CV-00336-GSL-JEM |

## ORDER

This matter is before the Court on Magistrate Judge John E. Martin's *sua sponte* report and recommendation entered on April 19, 2023. [DE 23]. For the reasons fully explained in the report, Judge Martin recommends that the Court dismiss Defendant Marvin Rodriguez Arias from the case without prejudice.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Martin's report and recommendation in full and orders that Defendant Marvin Rodriguez Arias is **DISMISSED** from the case without prejudice.

SO ORDERED.

ENTERED: May 15, 2024.

/s/ GRETCHEN S. LUND
Judge
United States District Court